Dismissed and Memorandum Opinion filed August 19, 2004









Dismissed and Memorandum Opinion filed August 19,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00067-CV

____________

 

CAROL DAVIS, Appellant

 

V.

 

LONNIE DAVIS, Appellee

 



 

On Appeal from the
309th District Court

Harris County, Texas

Trial Court Cause
No. 02-27183

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 23,
2003.  On August 13, 2004, appellant
filed a request to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The request is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 19, 2004.

Panel consists of Chief Justice Hedges
and Justices Fowler and Seymore.